IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **QUINTAVIOUS LANDERS,** | : | |
| Petitioner, | : : : | |
| VS. | : : | NO. 4:24-CV-00197-CDL-AGH |
| **Sheriff GREG COUNTRYMAN,** | : : | |
| Respondent. | : : | |

## ORDER

*Pro se* Petitioner Quintavious Landers, a pre-trial detainee in the Muscogee County Jail in Columbus, Georgia, filed a petition for federal habeas corpus relief. ECF No. 1. On March 10, 2025, Petitioner was ordered to recast his petition on the Court's standard form for habeas petitions and was provided with instructions on how to do so. ECF No. 6. Petitioner did not submit a recast petition on the Court's standard form as ordered.

Therefore, on April 21, 2025, the Court notified Petitioner that he failed to comply with an order of the Court. ECF No. 9. Petitioner was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. *Id*. The Court unambiguously informed Petitioner that this action could be dismissed if he failed to respond to the order to show cause or otherwise file his recast petition. *Id*. Petitioner was given fourteen (14) days to respond. Petitioner has failed to respond.

Because Petitioner has failed to comply with the Court's orders or otherwise prosecute this case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed.

R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)); *Duong Thanh Ho v. Costello*, 757 F. App'x 912 (11th Cir. 2018) (holding that the district court did not abuse its discretion in *sua sponte* dismissing without prejudice prisoner's *pro se* complaint for failure to comply with court order to file amended complaint where order expressly informed prisoner of deficiencies in his complaint and rules that he needed to follow in filing amended complaint).

    **SO ORDERED,** this 20th day of May, 2025.

                          S/Clay D. Land_____
                          CLAY D. LAND
                          UNITED STATES DISTRICT COURT JUDGE
                          MIDDLE DISTRICT OF GEORGIA